AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:24-CV-03148**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **ZUBHA REALTY, LP** was recieved by me on **4/25/2024:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **ILLINOIS CORPORATION SERVICE COMPANY**, who is designated by law to accept service of process on behalf of **ZUBHA REALTY, LP** at **801 Adlai Stevenson Drive, Springfield, IL 62703** on **04/25/2024 at 3:16 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date: 04/25/2024

*Server's signature*

**Ronald Ford**
*Printed name and title*

**227 W. Monroe Street
Suite 2117
Chicago, IL 60606**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to ILLINOIS CORPORATION SERVICE COMPANY with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with glasses. Tonya Purnell**




Tracking #: **0130942019**