# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRIAN MUNIZ, an individual, | * * * |
| PLAINTIFF, | * * |
| v. | * Case No. 1:24-cv-3148 * |
| ZUBHA REALTY, LP, a limited partnership, | * Hon. Sharon Johnson Coleman * * |
| DEFENDANT. | * |

## STATUS REPORT AND NOTICE OF SETTLEMENT

The parties notify the court that they have agreed to settle the above-captioned matter. The parties are in the process of preparing and finalizing the settlement agreement. The parties respectfully ask for 45 days to file the stipulation of dismissal, and request that the Status Hearing set for June 21, 2024, be continued while the parties finalize the settlement.

Respectfully submitted by:

Plaintiff:

By: /s/ Ryan D. Johnson
Johnson Law Firm, LLC
6615 Grand Ave., PMB 423
Gurnee, IL 60031
(224) 548-0855
rjohnsonada@gmail.com

Defendant:

By: /s/ Mary Kathryn Curry
Norton Rose Fulbright US LLP
444 W. Lake Street, Suite 1700
Chicago, Illinois 60606
(312) 964-7735
marykathryn.curry@nortonrosefulbright.com