UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **BRIAN MUNIZ,** an individual, | * * * | |
| PLAINTIFF, | * * | |
| v. | * * | **Case No. 1:24-cv-3148** |
| **ZUBHA REALTY, LP,** a limited partnership, | * * * | **Hon. Sharon Johnson Coleman** |
| DEFENDANT. | * | |

## **STIPULATION OF DISMISSAL**

The parties hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed **with prejudice** as to all claims, causes of action, and parties, with the parties to bear their own costs.

Respectfully submitted by:

Plaintiff:

By: /s/ Ryan D. Johnson
Johnson Law Firm, LLC
6615 Grand Ave., PMB 423
Gurnee, IL 60031
(224) 548-0855
rjohnsonada@gmail.com

Defendant:

By: /s/ Mary Kathryn Curry
Norton Rose Fulbright US LLP
444 W. Lake Street, Suite 1700
Chicago, Illinois 60606
(312) 964-7735
marykathryn.curry@nortonrosefulbright.com